IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY, | ) ) ) ) | Case No. 4:10CV00018 |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| STEPHEN BRETT HUFF, ADAM ROSS HUFF, and BRANDON C. BURKE, a minor, by and through his Mother and Next Friend, SANDRA BURKE, | ) ) ) ) ) | By: Jackson L. Kiser  Senior United States District Judge |
| Defendants. | ) | |

Before me is Plaintiff's Motion for Entry of Procedural Interpleader Order [Docket No. 4]. For good cause shown, it is hereby **ORDERED t**hat the clerk accept into the registry of this Court Genworth Life and Annuity Insurance Company's ("Genworth") check in the amount of $46,958.11, plus any applicable and accrued interest, which represents the proceeds currently due and owing under the Life Insurance Policy issued to Charles Alan Huff on or about November 6, 1983 by Genworth ("the policy"), and which is the subject of this interpleader action filed by Genworth. Additionally, it is **ORDERED** that Stephen Brett Huff, Adam Ross Huff, and Brandon C. Burke are enjoined from instituting or continuing any proceeding affecting the proceeds of the policy in any court, state or federal. Finally, it is **ORDERED** that Genworth is dismissed from this action.

The clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

Entered this 20th day of July, 2010.

s/Jackson L. Kiser  
Senior United States District Judge